**STATE of Missouri, Respondent,**

v.

**Julius WEBB, Appellant.**

**No. ED 104324**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

Filed: November 21, 2017

Mary H. Moore, P.O. Box 899, Jefferson City, MO 65102, For Plaintiff/Respondent.

Jessica Hathaway, 120 S. Central Ave. Ste. 130, St. Louis, MO 63105.

Douglas A. Forsyth, 906 Olive St. Ste. 525, St. Louis, MO 63101, For Defendant/Appellant.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM.

Julius Webb ("Appellant") appeals his conviction of robbery in the first degree (§ 569.020) and armed criminal action (§ 571.015) after a joint jury trial. The co-defendant in the case, Alphonse Williams ("Co-Defendant") was acquitted on both of his charges. Appellant now appeals the convictions alleging the trial court clearly erred in (1) submitting an erroneous jury instruction and (2) failing to declare a mistrial based on a witness's improper testimony, although said testimony was ordered to be disregarded by the jury. We affirm.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).